UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 23 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | |
| MALIK DORSEY and ) | 4:20CR829 SEP/JMB |
| DARRION GARDNER, ) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about December 5, 2020, in St. Louis County, within the Eastern District of Missouri,

**MALIK DORSEY and
DARRION GARDNER,**

the Defendants herein, aiding and abetting each other, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, or attempt to do so, by the robbery of T-Mobile, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**COUNT TWO**

The Grand Jury further charges that:

On or about December 5, 2020, in St. Louis County, within the Eastern District of Missouri,

**MALIK DORSEY and
DARRION GARDNER,**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce, or attempting to do so, by

robbery, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT THREE

The Grand Jury further charges that:

On or about December 7, 2020, in St. Louis County, within the Eastern District of Missouri,

**MALIK DORSEY and
DARRION GARDNER,**

the Defendants herein, aiding and abetting each other, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, or attempt to do so, by the robbery of Universal Accessories, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR

The Grand Jury further charges that:

On or about December 7, 2020, in St. Louis County, within the Eastern District of Missouri,

**MALIK DORSEY and
DARRION GARDNER,**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce, or attempting to do so, by robbery, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT FIVE

The Grand Jury further charges that:

On or about December 9, 2020, in St. Louis County, within the Eastern District of Missouri,

**MALIK DORSEY,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or

commodity in commerce, or attempt to do so, by the attempted robbery of Boost Mobile, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a).

## COUNT SIX

The Grand Jury further charges that:

On or about December 9, 2020, in St. Louis County, within the Eastern District of Missouri,

**MALIK DORSEY,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce, or attempting to do so, by attempted robbery, as charged in Count Five herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney